# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY MAYS, | No. 4:19-CV-00631 |
| Plaintiff. | (Judge Brann) |
| v. | |
| SGT. BARNETT, MS. HAMMERS, and MS. LILLY, | |
| Defendants. | |

## ORDER

**APRIL 16, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Anthony Mays' motion to proceed in forma pauperis (Doc. 2) is **GRANTED**;

2. Mays' complaint (Doc. 1) is **DISMISSED** without prejudice; and

3. Mays may, within 30 days of the date of this Order, file an amended complaint that addresses the deficiencies identified in the Court's accompanying Memorandum Opinion.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge